(November 22, 1961)

■ ANTHONY SPADANUTA, on Behalf of Himself and All Others Similarly Situated, et al., Appellants, v. INCORPORATED VILLAGE OF ROCKVILLE CENTRE et al., Respondents.— Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

(November 27, 1961)

■ WILLIAM J. COLE, JR., et al., Plaintiffs, v. LONG ISLAND LIGHTING COMPANY et al., Defendants, and CAYE CONSTRUCTION CO., INC., Defendant-Appellant, and Third-Party Plaintiff-Appellant. UNITED CAST STONE CO. et al., Third-Party Defendants-Respondents.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.
■ IRVING C. GERSTEIN, Respondent, v. GILBERT PLASTICS, INC., Appellant. —

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.
■ ROSE GLAZER, Respondent-Appellant, v. ABRAHAM M. GLAZER, Appellant-Respondent.—

The time to perfect both appeals is extended to the February Term, beginning January 29, 1962; appeals ordered on the calendar for said term. The appellant husband is directed to file one copy of the typewritten record and 19 copies of his printed brief, and to serve one copy of such record and three copies of such brief on the wife; such record and brief to be filed and served on or before January 5, 1962. Cross motion by the appellant wife to vacate the stay contained in an order of this court, entered October 9, 1961, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.
■ In the Matter of LOUIS J. DAHLMAN, Appellant, v. GRACE SAGONA, Respondent.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.
■ In the Matter of LOUIS FRIED, Petitioner. BROOKLYN BAR ASSOCIATION, Respondent. —

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of IRVING M. GETNICK, Respondent, v. JOSEPH G. LEASE, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ In the Matter of the Accounting of MAUDE L. REAVIS, as Administratrix D. B. N. of the Estate of MATTIE WILLIAMS, Deceased, Appellant. LOTTIE V. WILLIAMS et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ MARIE LAMBROSA, Respondent, v. VERNON MANOR COOPERATIVE APARTMENTS, INC., Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ ANTONIO OCCHINO, Respondent, v. SAM PRAVER et al., Copartners Doing Business under the Name of DEEP HILLS COMPANY, et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMANDO BARTOLILLO, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ BEN PERLEN et al., Respondents, v. NATHAN WISHNOFF, Appellant, et al., Defendants.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN E. ROGERS, JR., Appellant, v. ALFRED M. STANLEY, as Director of Rockland State Hospital, Respondent.—